JUDGE McKENNA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :

      - v. -                          :

ANTON DUNN,                        :
    a/k/a "Trashman,"                    08 Cr. _____
                                :
                  Defendant.

08 CRIM 756

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
INDICTMENT: AUG 13 2008

- - - - - - - - - - - - - - - - - - x

COUNT ONE

(Transmitting Threats in Interstate Commerce)

The Grand Jury charges:

Background

1.   At all times relevant to this Indictment, Gerber Products Company ("Gerber") made baby food, which it distributed throughout the United States and internationally.

2.   On or about April 20, 2008, ANTON DUNN, a/k/a "Trashman," caused a video entitled "gerbersbabyfoodalert" ("Threatening Video-1"), to be anonymously posted on the Internet. In Threatening Video-1, DUNN, wearing a ski mask, identified himself as "Trashman," and stated that persons acting at his direction, who he claimed were employed at Gerber, had poisoned millions of bottles of baby food distributed by Gerber, with the intent to kill babies who consumed the baby food. DUNN further stated that the poisoning would kill millions of infants, and that it was "too late" to do anything about the poisoned baby food because it already had been shipped to consumers.

3. On or about July 24, 2008, ANTON DUNN, a/k/a "Trashman," caused a second threatening video ("Threatening Video-2"), to be anonymously posted on the Internet. In Threatening Video-2, DUNN, wearing a ski mask, identified himself as "Trashman," and stated that persons acting at his direction, who he claimed were employed at Gerber, had poisoned at least 5000 bottles of Gerber baby food with cyanide. DUNN further stated that the baby food had been poisoned with the intent to kill black babies, not white babies, but that white babies were also likely to die as a result of the poisoning.

4. On or about July 27, 2008, ANTON DUNN, a/k/a "Trashman," caused a third video, entitled "thereward: wssh" ("Threatening Video-3"), to be posted on the Internet. In Threatening Video-3, DUNN, wearing a ski mask, identified himself as "Trashman," and stated that he had poisoned Gerber baby food. DUNN further stated that the "plan is in motion" and that four babies had already died as a result of the poisoning.

5. Gerber has reported that the claims described in paragraphs 2 through 4 above, that Gerber's baby food had been poisoned, were all false.

<u>Statutory Allegation</u>

6. From on or about April 20, 2008 up to and including on or about July 31, 2008, in the Southern District of New York and elsewhere, ANTON DUNN, a/k/a "Trashman," the

2

defendant, unlawfully, knowingly, and willfully, transmitted in interstate and foreign commerce communications containing threats to injure the person of another, to wit, DUNN, while in New York, New York, willfully caused videos of himself to be posted on the Internet, in which, in substance and in part, he claimed to have directed others to poison Gerber baby food with the intent to kill babies.

(Title 18, United States Code, Sections 875(c) & 2.)

## COUNT TWO

(Tampering with Consumer Products)

The Grand Jury further charges:

7. The allegations set forth in paragraphs 1 through 5 are repeated and realleged as if set forth fully herein.

8. From on or about April 20, 2008 up to and including on or about July 31, 2008, in the Southern District of New York and elsewhere, ANTON DUNN, a/k/a "Trashman," the defendant, unlawfully, knowingly, and willfully, communicated false information that a consumer product had been tainted, and such product and the results of such communication affected interstate and foreign commerce, and had such tainting occurred, it would have created a risk of death or bodily injury to another person, to wit, DUNN, while in New York, New York, caused videos of himself to be posted on the Internet, in which, in substance

and in part, he falsely claimed that Gerber baby food had been poisoned.

(Title 18, United States Code, Sections 1365(c) & 2.)

/s/ Cynthia Carrasquillo
FOREPERSON

/s/ Michael J. Garcia
MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

ANTON DUNN, a/k/a "Trashman,"
Defendant.

---

INDICTMENT

08 Cr.

(Title 18, United States Code,
Sections 875(c), 1365(c), & 2)


MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

*Cynthia Carrasquillo*
Foreperson.

---